ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
ahall@shjnevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANITA ABBOTT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, LLC,<br><br>　　　　　Defendant. | Case No.:　3:25-cv-00564-ART-CLB<br><br>**ORDER GRATING STIPULATION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**<br><br>[ECF No. 36] |

Defendant NEVADA GOLD MINES ("Defendant" or "NGM"), by and through its undersigned counsel of record, SIMONS HALL JOHNSTON PC, and Plaintiff VANITA ABBOTT ("Plaintiff" or "Abbott"), by and through her undersigned counsel of record, DREHER LAW (collectively referred to as ("Parties") hereby stipulate and agree that the dispositive motion deadlines in this case be extended. As detailed further herein, the Parties believe an extension of twenty-one (21) days to file any necessary dispositive motions will be sufficient.

This is the second request for an extension of these deadlines. This request is made in good faith, is not for the purpose of delay, and will not result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate to the following deadlines for the dispositive motions in this case:

Page 1 of 2

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive,
Reno, NV 89511
Phone: (775) 785-0088

1. *Dispositive Motions:*

The Parties shall file dispositive motions not later than **Tuesday, August 11, 2026**.

2. *Pretrial Order:*

If no dispositive motions are filed, and unless otherwise ordered by this Court, FRCP 26(a)(3) disclosures shall be made, and the Joint Pretrial order shall be filed not more than thirty (30) days after the date set for filing dispositive motions, and therefore, not later than **Thursday, September 10, 2026.** In the event dispositive motions are filed, the last day to file the Joint Pretrial order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

DATED: June 29, 2026                    DATED: June 29, 2026

DREHER LAW                              SIMONS HALL JOHNSTON PC


*s/ Ronald Dreher*_____       *s/ Anthony L. Hall*_____
Ronald Dreher, Esq.                     Anthony L. Hall, Esq.
P.O. Box 6494                           Jonathan A. McGuire, Esq.
Reno, Nevada 89513                      690 Sierra Rose Drive
Ron@dreherlaw.net                       Reno, Nevada 89511
*Attorney for Plaintiff*                AHall@SHJNevada.com
                                        JMcGuire@SHJNevada.com
                                        *Attorneys for Defendant*


                          **ORDER**

**IT IS SO ORDERED:**

                          DATED this __29__ day of __June_____ 2026.

                          _____
                          UNITED STATES MAGISTRATE JUDGE

Page 2 of 2