**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VANITA ABBOTT,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINE, LLC; and DOES I-X,<br><br>Defendants.<br>_______________________________/ | Case No.: 2:25-cv-00564-ART-CLB<br><br>**ORDER GRANTING**<br><br>**JOINT STIPULATION TO EXTEND TIME**<br><br>**(FIRST REQUEST)** |

Plaintiff VANITA ABBOTT ("Plaintiff"), by and through her undersigned counsel of record, and Defendant NEVADA GOLD MINES ("NGM"), by and through its undersigned counsel of record, (collectively referred to as "Parties") hereby stipulate and agree to extend the time for the Parties to complete briefing on NGM's Motion for Summary Judgment filed on August 11, 2026. (ECF No. 38).

This is the first request for an extension of these deadlines. This request is made in good faith, is not for the purpose of delay, and will not result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate to the following deadlines for the briefing of the motion for summary judgment filed in this case:

1. NGM filed its Motion for Summary Judgment on August 11, 2026.

2. Plaintiff's response is currently due on September 1, 2026.

3. The Parties stipulate and agree to extend the time for the Plaintiff to file her response to Tuesday, October 20, 2026.

DATED: August 19, 2026

DREHER LAW

/s/ *Ronald J. Dreher*
Ronald Dreher, Esq.
P.O. Box 6494
Reno, Nevada 89513
ron@dreherlaw.net
*Attorney for Plaintiff*

DATED: August 19, 2026

SIMONS HALL JOHNSTON PC

/s/ *Anthony L. Hall*
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
690 Sierra Rose Drive
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com
*Attorneys for Defendant*

IT IS SO ORDERED.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: August 19, 2026