**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANITA ABBOTT,<br>Plaintiff,<br>vs.<br>NEVADA GOLD MINES LLC,<br>Defendant. | Case No.: 3:25-cv-00564-ART-CLB<br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE<br>(First Request) |

COMES NOW, Defendant NEVADA GOLD MINES, LLC., (hereinafter "Defendant"), by and through its counsel, SIMONS HALL JOHNSTON PC, and Plaintiff, VANITA ABBOTT, (hereinafter "Plaintiff"), by and through her counsel of record, DREHER LAW, and, do hereby stipulate and agree to extend the deadline for Defendant to file its Reply in Support of Defendant's Motion for Summary Judgment, to Friday, November 13, 2026. Parties also stipulate and agree to extend the deadline for Defendant to file its Opposition to the Motion to Strike, to Friday, November 13, 2026. This request is submitted pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1 and is the parties' first request for an extension of time for Defendant to file its Reply in Support of Defendant's

Motion for Summary Judgment and the parties' first request for an extension of time for Defendant to file its Opposition to Plaintiff's Motion to Strike.

Good cause exists for this extension. Defendant's counsel has a significant workload and personal commitments and requires time to discuss these motions with Defendant. Plaintiff's counsel has agreed to this extension of time for Defendant to file its Reply In Support of Motion for Summary Judgment and its Opposition to Plaintiff's Motion to Strike. Accordingly, Defendant shall have up to and including Friday, November 13, 2026, to file its Reply in Support of Defendant's Motion for Summary Judgment and its Opposition to Plaintiff's Motion to Strike.

**IT IS SO STIPULATED.**

Dated: November 5, 2026

**DREHER LAW**

By: */s/Ron Dreher, Esq.*
RON DREHER, ESQ. (SBN 15726)
P.O. Box 6494
Reno, Nevada 89513
Tel: (775) 846-9804
Email:
*Attorne*

Dated: November 5, 2026

**SIMONS HALL JOHNSTON PC**

By: */s/Anthony Hall, Esq.*
ANTHONY L. HALL, ESQ.
JONATHAN A. MCGUIRE, ESQ.
690 Sierra Rose Dr.
Reno, Nevada 89511
Tel: (775) 785-0088
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DATED this 5th day of November, 2026.

ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE